UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS § | |
| § | CIVIL ACTION NO. 5:20-cv-00233 |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| O'REILLY AUTO ENTERPRISES, LLC § | |
| § | |
| **Defendant** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, JOSH LIMAS Plaintiff and O'REILLY AUTO ENTERPRISES, LLC Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:     April 17, 2021   FOR JOSH LIMAS, Plaintiff

BY:     _/S/   R. Bruce Tharpe_____
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800

Federal Bar ID 13098

DATED:   April 17, 2021  FOR O'REILLY AUTO ENTERPRISES, LLC,  Defendant

BY: __/s/   *Roy A. Spezia*__
Roy A. Spezia
GERMER BEAMAN & BROWN, PLLC
One Barton Skyway
1501 S. Mopac Expy, Suite A400
Austin, Texas 78746
(512) 472-0288 – Office
(512) 472-0721 - Fax