UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JOSH LIMAS,  §<br>  §<br>    Plaintiff,  §<br>VS.   § | CIVIL ACTION NO. 5:20-CV-233 |
| O'REILLY AUTO ENTERPRISES LLC,  §<br>  §<br>    Defendant.  § | |

## ORDER

On April 18, 2021, Plaintiff Josh Limas and Defendant O'Reilly Auto Enterprises, LLC filed a "Joint Stipulation of Dismissal With Prejudice Pursuant to FRCP 41(a)(1)" (Dkt. 17). The stipulation (Dkt. 17), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and requests a dismissal with prejudice. (*Id.* at 1–2.) Accordingly, the case is hereby DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 19th day of April, 2021.

_____
Diana Saldaña
United States District Judge